1032

[Nos. 41660-0-I; 41661-8-I.   Division One.   March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ERICK BRENT KREWSON, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 96-1-04381-4, 95-1-08527-6, Joan DuBuque, J., entered October 24, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41760-6-I.   Division One.   March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN GOTCHER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06335-1, Charles W. Mertel, J., entered December 3, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41795-9-I.   Division One.   March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J. CASTNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01820-6, Linda C. Krese, J., entered November 10, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41926-9-I.   Division One.   March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. Z.A.S., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-8-01640-1, Paul D. Hansen, J., entered December 1, 1997. *Affirmed* by unpublished per curiam opinion.